IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-02089-REB-CBS

FAITH D. MCGILVREY

Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

Defendant.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE CLOSURE

This matter comes before the Court on Defendant Bank of America, National Association's Unopposed Motion for Administrative Closure. The Court, being fully advised and good cause appearing, hereby GRANTS the Motion. This matter shall be administratively closed until the time at which the parties advise the Court that the matter should be dismissed or restarted for good cause.   ORDERED that the September 19, 2014 Status Conference is VACATED.

Dated this __16th__ day of September, 2014.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge

HRODEN\1693863.1