# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  14-cv-02089-REB-CBS

FAITH D. McGILVREY,

    Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#16][1] filed September 24, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss with Prejudice** is granted; and

2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated September 28, 2015, at Denver, Colorado.

                                                       **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge